IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL H. NORWOOD                                            PLAINTIFF

        v.                      Civil No. 04-6111

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

Comes now the Court on this 12th day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                     /s/ Bobby E. Shepherd
                                                     HONORABLE BOBBY E. SHEPHERD
                                                     UNITED STATES MAGISTRATE JUDGE